IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LIONEL B. THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:11-0717 |
| ) | Judge Trauger |
| ROBERT J. YOUNG COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

It is hereby **ORDERED** that the initial case management conference scheduled for October 24, 2011 at 2:00 p.m. is hereby **RESET** for the same day at 9:30 a.m.

It is so **ORDERED**.

ENTER this 2nd day of September 2011.

ALETA A. TRAUGER
U.S. District Judge